# PIERRE PIERRE LAW, P.C.

| | |
|---|---|
| NEW YORK OFFICE: | FLORIDA OFFICE: |
| 211 East 43rd Street | 1451 W Cypress Creek Road |
| Suite 608 | Suite 300 |
| New York, NY 10017 | Ft. Lauderdale, FL 33309 |
| Phone: (646) 992-8383 | Phone: (954) 884-5040 |
| Fax: (718) 504-6962 | Fax: (754) 484-3121 |
| *\*\*\*mail all correspondence* | |

August 26, 2021

Honorable Robert W. Lehrburger     **Letter Motion:**
United States Magistrate Judge     **Extension of Time Request**
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

**Re: Anthony Ayala v. Comm'r of SSA  1:20-cv-09373-JGK**

Dear Honorable Judge Lehrburger:

Pursuant to the Scheduling Order in the above referenced case, Plaintiff's Motion for Judgment on the Pleadings is due on August 29, 2021. Due to the many administrative transcripts filed by the Defendant as he recovers from the pandemic backlog, Plaintiff's counsel has incurred several conflicts on the motion calendar and requires additional time to prepare his brief in this matter.

Plaintiff therefore writes to respectfully request an extension of time of sixty days (60) to serve her motion through and including October 28, 2021, with the remaining Order to remain in effect. No previous request for an extension has been made in this case and the Defendant has given consent.

Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

/s/Eddy Pierre Pierre
Eddy Pierre Pierre, Esq.
Attorney for Plaintiff
(646) 992-8383

(718) 504-6962 fax

Cc: Heetano Shamsoondar, Esq. (Via ECF)
    Special Assistant United States Attorney
    Attorney for Defendant

```
Application granted.  SO ORDERED.

August 27, 2021         /s/ John G. Koeltl
New York, NY            John G. Koeltl, U.S.D.J.
```