USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/2021

# PIERRE PIERRE LAW, P.C.

| NEW YORK OFFICE: | FLORIDA OFFICE: |
|---|---|
| 211 East 43rd Street | 1451 W Cypress Creek Road |
| Suite 608 | Suite 300 |
| New York, NY 10017 | Ft. Lauderdale, FL 33309 |
| Phone: (646) 992-8383 | Phone: (954) 884-5040 |
| Fax: (718) 504-6962 | Fax: (754) 484-3121 |
| ***mail all correspondence* | |

October 25, 2021

Honorable Robert W. Lehrburger                    **Letter Motion:**
United States Magistrate Judge                     **Extension of Time Request**
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

   **Re: Anthony Ayala v. Comm'r of SSA  1:20-cv-09373-JGK (RWL)**

Dear Honorable Judge Lehrburger:

Pursuant to the Revised Scheduling Order in the above referenced case, Plaintiff's Motion for Judgment on the Pleadings is due on October 28, 2021.  Plaintiff writes to respectfully request a second extension of time of sixty days (60) with the following proposed revised Scheduling Order:

   a)  Plaintiff to serve her motion on or before December 27, 2021;
   b)  Defendant to serve her cross motion on or before February 25, 2022;
   c)  Plaintiff to serve her Reply, if any, on or before March 18, 2022.


Plaintiff requests the Court's indulgence with this second request for an extension.  Despite counsel having 24 opening briefs due in October, we expected to complete Plaintiff's brief herein, but for unforseen delays including a death in the family which required travel out of state and staffing issues.  Counsel has another 26 motions due in the month of November and seeks to avoid any further requests for extension with this second request.

 Defendant has been contacted and given his consent to this second request.  Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

/s/Eddy Pierre Pierre
Eddy Pierre Pierre, Esq.
Attorney for Plaintiff
(646) 992-8383
(718) 504-6962 fax

Cc:    Heetano Shamsoondar, Esq.   (Via ECF)
       Attorney for Defendant.


SO ORDERED:

10/26/2021

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE