# PIERRE PIERRE LAW, P.C.

NEW YORK OFFICE:
211 East 43rd Street
Suite 608
New York, NY 10017
Phone: (646) 992-8383
Fax: (718) 504-6962
***mail all correspondence*

FLORIDA OFFICE:
1451 W Cypress Creek Road
Suite 300
Ft. Lauderdale, FL 33309
Phone: (954) 884-5040
Fax: (754) 484-3121

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/29/2021

December 28, 2021

Honorable Robert W. Lehrburger
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

**Letter Motion:
Third Extension of Time
Request**

**Re: Anthony Ayala v. Comm'r of SSA  1:20-cv-09373-JGK (RWL)**

Dear Honorable Judge Lehrburger:

Pursuant to the Revised Scheduling Order in the above referenced case, Plaintiff's Motion for Judgment on the Pleadings is due on December 27, 2021.  Plaintiff writes to respectfully request a one day extension of time to file his motion with all other dates adjusted accordingly.  With the Court's approval, the revised scheduling would be as follows:

a) Plaintiff to serve her motion on or before December 28, 2021;

b) Defendant to serve her cross motion on or before February 26, 2022;

c) Plaintiff to serve her Reply, if any, on or before March 19, 2022.


Plaintiff requests the Court's indulgence with this third request for an extension.  Plaintiff's motion was completed in a timely manner but inadvertently never filed and counsel was out of the country on December 27, 2021.  This oversight also precluded counsel from filing the instant motion two days in advance pursuant to the Court's Individual Rules.  Counsel will file his motion and memorandum in support in order to allow Defendant time to prepare his motion subject to the Court's approval of the instant motion.

 Defendant has been contacted and given his consent to this third request.  Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

/s/Eddy Pierre Pierre
Eddy Pierre Pierre, Esq.
Attorney for Plaintiff
(646) 992-8383
(718) 504-6962 fax

Cc:    Heetano Shamsoondar, Esq.   (Via ECF)
        Attorney for Defendant.

SO ORDERED:

12/29/2021

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE