**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ANTHONY AYALA,

                Plaintiff,                20 **CIVIL** 9373 (RWL)

    -v-                            **JUDGMENT**

KILOLO KIJAZAKI,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated August 9, 2022, pursuant to sentence four of 42 U.S.C. § 405(g), Ayala's motion is GRANTED, the Commissioner's motion is DENIED, and this case is REMANDED for further proceedings consistent with the opinion.

**Dated:**  New York, New York
          August 11, 2022

                                                          **RUBY J. KRAJICK**
                                                           _____
                                                           **Clerk of Court**
                            **BY:**    *K. Mango*
                                                            _____
                                                           **Deputy Clerk**